Eric Nielson #5327
Laura Nielson #15008
G. ERIC NIELSON & ASSOCIATES
4790 S. Holladay Blvd.
Holladay, Utah 84117
Phone: (801) 424-9088
Fax:    (801) 438-0199
ericnielson@ericnielson.com
lauranielson@ericnielson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SUSAN W. and A.W.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED HEALTHCARE and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | **STIPULATION REQUESTING SETTLEMENT CONFERENCE**<br><br>Case No. 1:23-cv-00027-BSJ<br><br>Judge Bruce S. Jenkins |

Pursuant to DUCivR 16-3(a), Fed. R. Civ. Pro. 16, and 28 U.S.C. § 636(b)(1), Plaintiffs Susan W. and A.W. and Defendants United Healthcare and United Behavioral Health, by and through their respective counsel, hereby stipulate and respectfully request that the Court refer the above-captioned matter to a settlement conference at the Court's earliest convenience. The parties also request that counsel be able to attend the settlement conference virtually.

RESPECTFULLY SUBMITTED this 10th day of November, 2023.

G. ERIC NIELSON & ASSOCIATES
  */s/ Laura Nielson*
Laura Nielson
lauranielson@ericnielson.com
*Attorney for Plaintiffs*

1

REED SMITH LLP
  */s/ Rebecca R. Hanson*
Rebecca R. Hanson
rhanson@reedsmith.com

  */s/ Robert Deegan*
Robert Deegan (*admitted PHV*)
rdeegan@reedsmith.com

SNOW CHRISTENSEN & MARTINEAU
  */s/ Nathanael J. Mitchell*
Nathanael J. Mitchell
njm@scmlaw.com

*Attorneys for Defendants*