Eric Nielson #5327
Laura Nielson #15008
G. ERIC NIELSON & ASSOCIATES
4790 S. Holladay Blvd.
Salt Lake City, Utah 84117
Phone: (801) 424-9088
Fax:    (801) 438-0199
ericnielson@ericnielson.com
lauranielson@ericnielson.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| **UNITED STATES DISTRICT COURT,** **DISTRICT OF UTAH, CENTRAL DIVISION** ||
| SUSAN W. and A.W., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED HEALTHCARE and UNITED BEHAVIORAL HEALTH, <br><br>         Defendants | **NOTICE OF SETTLEMENT IN PRINCIPLE** <br><br> Case No. 1:23-cv-00027-BSJ <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

Now come Plaintiffs by and through their attorneys to respectfully notify this Honorable Court that this matter has been settled in principle. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over these claims until fully resolved.

DATED this 17th day of June, 2024.

G. ERIC NIELSON & ASSOCIATES

  */s/ Laura Nielson*
Laura Nielson

*Attorneys for Plaintiffs*

- 1 -